UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN NEUBERT, *on behalf of himself and all others similarly situated*,[1] Plaintiff, | : : : : |
| v. | : No. 5:24-cv-0831 |
| LEHIGH UNIVERSITY Defendant. | : : : : |

**O R D E R**

**AND NOW**, this 11th day of December, 2024, upon consideration of the letter dated November 4, 2024, from counsel for both parties advising the Court that the parties had reached an agreement in principle and expected to file a motion for preliminary approval by December 6, 2024, which was not filed, **IT IS ORDERED THAT:**

**No later than Monday, December 16, 2024,** counsel shall file a joint status report updating the Court regarding the status of settlement and the expected filing date of a motion for preliminary approval.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1]   The parties never moved to certify the class.