## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN NEUBERT, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LEHIGH UNIVERSITY,<br><br>    Defendant. | Case No. 5:24-cv-00831-JFL |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiff's Motion for Award of Attorneys' Fees, Costs, and Case Contribution Award to Settlement Class Representative, it hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Class Counsel are awarded attorneys' fees in the amount of $583,275.00.

IT IS FURTHER ORDERED that Class Counsel are awarded reimbursement of expenses in the amount of $8,174.26.

IT IS FURTHER ORDERED that a Case Contribution Award in the amount of $2,500.00 is to be paid to Plaintiff John Neubert.

SO ORDERED.

                                                                                     Hon. Joseph F. Leeson, Jr.
                                                                                      United States District Judge